HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
BENJAMIN J. LINDQUESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-po-00165-CKD |
|---|---|
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE** |
| vs. | ) Date: June 20, 2024 |
|   | ) Time: 10:00 a.m. |
| BENJAMIN J. LINDQUESTER, | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

    Defendant, BENJAMIN J. LINDQUESTER, by and through counsel, Assistant Federal Public Defender Linda Harter moves the Honorable Court to accept the Defendant's waiver of personal presence pursuant to Fed. R. Crim. Procedure 43(b)(2) for the June 20, 2024, initial appearance.

    Mr. Lindquester has recently moved to North Dakota to escape the poor conditions in which he was living in the Eastern District of California. He does not have the means to travel to this District for his initial appearance and agrees that his interests will be represented by the presence of his attorney. The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without the defendant's personal presence.

The defense asks the Court to exercise its discretion under Rule 43(b)(2) and permit waiver of appearance.

Dated: June 18, 2024

/s/ *Benjamin Lindquester*
BENJAMIN J. LINDQUESTER
(Defendant)

I agree and consent to my Client's waiver of appearance.

Dated:  June 18, 2024

/s/
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
BENJAMIN J. LINDQUESTER

IT IS SO ORDERED.

Dated:

 June 20, 2024

Hon. Carolyn K. Delaney
United States Magistrate Court Judge